■ In the Matter of the Estate of WILLIAM A. MONNIN, JR., Deceased. ROSE MARIE MONNIN, Appellant; WILLIAM A. MONNIN, SR., Respondent. (Appeal No. 2.) [635 NYS2d 574] —Appeal from order insofar as it denied reargument unanimously dismissed and order affirmed without costs. Memorandum: We affirm that part of the order that denied petitioner's motion for summary judgment without prejudice. The appeal from that part of the order that denied petitioner's motion to reargue a prior motion is dismissed. An order denying a motion to reargue is not appealable *(see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984; Siegel, Practice Commentaries, McKinney's

Cons Laws of NY, Book 7B, CPLR C2221:9, at 185). (Appeal from Order of Genesee County Surrogate's Court, Morton, S.— Reargument.) Present—Lawton, J. P., Fallon, Callahan, Davis and Boehm, JJ.